

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jonathan M. Cain                                    Docket No. 02-00260-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan M. Cain, who was placed on supervision by the Honorable Robert J. Cindrich, sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of June 2003, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall be placed on home confinement for a period of 6 months.
- The defendant shall pay restitution to Ingram Micro, Inc., in the amount of $96,487.52, at a rate of 10 percent of his gross monthly income (joint & several).
- The defendant shall participate in a program of testing, and if necessary, treatment for substance abuse.
- The defendant shall provide access to requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless in compliance with the payment schedule.

06-20-03:   Conspiracy to Commit Mail Fraud; Sentenced to 4 years' probation; Currently supervised by U.S. Probation Officer Romona Clark.
12-05-05:   Order signed, Judge Lancaster, requiring placement at the community sanctions center for a period not to exceed 90 days, to commence at the direction of the U.S. Probation Office

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that while housed at the community sanctions center, the defendant registered a positive alcolyser on February 2, 2006, and March 17, 2006. Additionally, the defendant tested positive for marijuana use on February 11, 2006. Further sanctioning is necessary at this time.

U.S.A. vs. Jonathan M. Cain
Docket No. 02-00260-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the probationer be placed in the Bureau of Prison's sanction center program for an additional 60 days, to commence upon the expiration of the original 90-day period.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 31st day of March, 2006 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on  March 27, 2006

_____
Romona Clark
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA