**SCANNED**

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2007 APR 30  PM 2: 25

CLERK
U S DISTRICT COURT

U.S.A. vs. Jonathan M. Cain                                    Docket No. 02-00260-001

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jonathan M. Cain, who was placed on supervision by the Honorable Robert J. Cindrich, sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of June 2003, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall be placed on home confinement for a period of 6 months.
- The defendant shall pay restitution to Ingram Micro, Inc., in the amount of $96,487.52, at a rate of 10 percent of his gross monthly income (joint & several).
- The defendant shall participate in a program of testing, and if necessary, treatment for substance abuse.
- The defendant shall provide access to requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless in compliance with the payment schedule.

| | |
|---|---|
| 06-20-03: | Conspiracy to Commit Mail Fraud; Sentenced to 4 years' probation; Currently supervised by U.S. Probation Officer Romona Clark. |
| 12-05-05: | Order signed, Judge Lancaster, requiring placement at the community sanctions center for a period not to exceed 90 days, to commence at the direction of the U.S. Probation Office. |
| 03-31-06: | Order signed, Judge Lancaster, requiring placement at the community sanctions center for a period not to exceed 60 days, to commence at the direction of the U.S. Probation Office. |
| 03-16-07: | Order signed, Judge Lancaster, requiring placement at the community sanctions center for a period not to exceed 60 days. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant's referral to the sanctions' center was rejected due to a lack of bed space. Contact with the intake coordinator revealed that bed space is not expected to be available until on or about the defendant's case expiration date. Sanctioning remains necessary, thus an alternative may be appropriate.

U.S.A. vs. Jonathan M. Cain
Docket No. 02-00260-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the probationer be placed on home confinement for a period of 45 days or until the case expires on June 19, 2007, to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 4 day of May, 2007 and ordered filed and made a part of the records in the above case. | Executed on April 26, 2007 |
| _____ U.S. District Judge | _____ Romona Clark U.S. Probation Officer |
| | _____ Paul J. Dippolito Supervising U.S. Probation Officer |
| | Place: Pittsburgh, PA |

PROB 49
(3/89)

# United States District Court

### Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation: I agree to be placed on home confinement for a period of 45 days or until the case expires on June 19, 2007, to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

Witness: _____  Signed: _____
Romona Clark                        Jonathan M Cain
United States Probation Officer     Probationer or Supervised Releasee

_____
4/26/07
Date